## 42711. JOHN C. JACKSON, INC. v. HATCH.

ARGUED APRIL 3, 1967—DECIDED APRIL 7, 1967— REHEARING DENIED APRIL 21, 1967.

624

*Casper Rich, Robert K. Broome,* for appellant.
*Zachary & Hunter, Ralph T. Bowden, Jr.,* for appellee.

EBERHARDT, Judge. ■ There was no error in overruling the general demurrer. The petition meets the requisites of an action for fraud and deceit. *Snow's Laundry &c. Co. v. Ga. Power Co.,* 61 Ga. App. 402, 405 (6 SE2d 159) ; *Brown v. Ragsdale Motor Co.,* 65 Ga. App. 727 (2) (16 SE2d 176) ; *Norris v. Hart,* 74 Ga.

App. 444 (40 SE2d 96); *Doanes v. Nalley Chevrolet, Inc.,* 105 Ga. App. 846 (125 SE2d 717). Though he relies upon concealment of a material fact as the basis for the action, plaintiff alleges that this was done deliberately with an intent to deceive, meeting the test of *Camp Realty Co. v. Jennings,* 77 Ga. App. 149 (47 SE2d 917) and of *Code* § 105-302.

■ Exemplary damages are recoverable in an action of this kind (*Aderhold v. Zimmer,* 86 Ga. App. 204 (1) (71 SE2d 270); *Code* § 105-2002), as are attorney's fees (*Dodd v. Slater,* 101 Ga. App. 358, 360 (114 SE2d 167)), if the allegations of wilful and deliberate concealment of a material fact upon which plaintiff acted to his detriment and of bad faith on the part of the defendant in accomplishing the deceit as a part of the sale are sustained by evidence upon a trial. *Code* § 20-1404.

■ All other enumerations of error, not argued or supported in appellant's brief, are deemed abandoned.

*Judgment affirmed. Felton, C. J., and Hall, J., concur.*